Matilda Brand et al., Appellants, v. Interborough Rapid Transit Company, Respondent.

Argued March 15, 1937; decided April 20, 1937.

*Frederick S. Martyn* and *Raymond D. Thurber* for appellants.

*A. H. Cole, Louis S. Carpenter* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.